| | |
|---|---|
| 1<br>2<br>3<br>4 | JARED A. WASHKOWITZ, SBN 226211<br>Law Office of Jared A. Washkowitz<br>140 Geary Street, Fourth Floor<br>San Francisco, CA 94108<br>Tel: 415.670.9295<br>Fax: 415.520.9729<br>jw102475@gmail.com |

JS - 6

5  Attorneys for Plaintiff
6  FIREMAN'S FUND INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY | ) | Case No. CIV-10-3384 SVW (JCx) |
| Plaintiff, | ) | **ORDER** |
| v. | ) | **[Fed.R.Civ.P. 41(a)(1)]** |
| WAN HAI LINES, LTD.; WAN HAI LINES (AMERICA), LTD. | ) | **IN ADMIRALTY** |
| Defendants. | ) | Complaint served: 5/17/10<br>Case Mgmt Conf: 8/16/10@ 3:00 p.m. |

Pursuant to the Stipulation of Dismissal filed by Plaintiff FIREMAN'S FUND INSURANCE COMPANY and Defendant WAN HAI LINES (AMERICA), LTD. (herein "WHLA") in accordance with Fed.R.Civ.P. 41(a)(1), the above matter is hereby dismissed with prejudice as to all Defendants, each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: August 19, 2010        By: _____
                                HON. STEPHEN V. WILSON

-1-
ORDER

COMPLAINT